AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:22-mj-127 |
| | ) | |
| Loammi Yazdani-Isfehani | ) | Charging District: District of Columbia |
| | ) | Charging District's Case No. 1:22-mj-33 |
| *Defendant* | | |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: US District Court – District of Columbia  U.S. Magistrate Judge Robin Meriweather  333 Constitution Ave. N.W.  Washington, D.C. 20001 | Courtroom No.: GOTO MEETING |
| --- | --- |
| | Date and Time: Feb 25,2022 at 1:00 PM EST |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: February 23, 2022

*s/Elizabeth A. Preston Deavers*
*Judge's signature*

Elizabeth A. Preston Deavers, U.S. Magistrate Judge

*Printed name and title*